723  BROWN vs. CIRCUIT JUDGE (Kalamazoo), 75 M., 274; 5
     L. R. A., 226.

To require respondent to set aside a decree in a chancery cause tried by a jury under the provisions of Act No. 267, Laws of 1887, and to hear it in the usual manner.

Granted June 14, 1889.

Held, that the act referred to is unconstitutional; that the case

had not been heard as it should have been, and that mandamus is a proper remedy to compel an original hearing in a chancery suit.